UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROY HUGHES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-68 |
| | § | |
| GREAT AMERICAN OPPORTUNITIES, INC., | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Original Complaint. (D.E. 9.) Plaintiff's motion is GRANTED. The Clerk of the Court is ordered to file Plaintiff's First Amended Complaint, which was filed as Exhibit 1 to Plaintiff's motion. (D.E. 9-1.)

ORDERED this 22nd day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE